**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

M.D. Appeal Dkt.
72 MAP 2017

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 816 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TYRICE GRIFFIN, | : | |
| | : | |
| Petitioner | : | |

# ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of November, 2017, the Petition for Allowance of Appeal

is **GRANTED**. The issue, as stated by Petitioner, is:

    (a) Whether the Superior Court erred in affirming the imposition of separate
        consecutive "second strike" mandatory minimum sentence[s] for each
        conspiracy and crime which was the object of that conspiracy?